```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 08-cr-30-PB

**Danielle Rhodes, et al.**


**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for July 8, 2008, citing the need for additional time to complete a psychiatric evaluation and prepare a defense. The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 8, 2008 to October 7, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The June 26, 2008 final pretrial conference is continued to September 23, 2008 at 3:30 p.m.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

June 18, 2008

cc:   James Gleason, Esq.
      Richard Monteith, Jr.
      Lawrence Vogelman, Esq.
      Mark Machera, Esq.
      Neil Faigel, Esq.
      Terry Ollila, Esq.
      United States Probation
      United States Marshal